FILED
10/1/19 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-10899-TPA |
| | : | |
| John Benjamin Vivian and | : | Chapter 13 |
| Jodie Lynn Vivian, | : | |
| Debtors, | : | |
| _____ | : | Related to Docket No: 13 |
| John Benjamin Vivian and | : | |
| Jodie Lynn Vivian, | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

**ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF**
**CHAPTER 13 PETITION, SCHEDULES, CHAPTER 13 PLAN PAYMENT AND PROOF OF INCOME**

**AND NOW** on this ____1st____ day of _____October_____, 2019, upon consideration of Debtors' Second Motion to Extend Deadline Regarding Completion of the Filing of Chapter 13 Petition, Schedules, Chapter 13 Plan Payment and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtors shall have until **October 4, 2019**, [5 days later] to file their Chapter 13 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required.

Since the Court previously indicated that no further extensions would be allowed on the last extension the debtor sought, yet nevertheless, the Debtor seeks yet another extension, and the Court is willing to allow it, provided however, if the filing is not complete as of October 4, 2019, the case will be dismissed without further notice or hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-10899-TPA
John Benjamin Vivian                                                  Chapter 13
Jodie Lynn Vivian
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: hsmi              Page 1 of 1            Date Rcvd: Oct 01, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.
db          #+John Benjamin Vivian,    PO Box 677,    Conneaut Lake, PA 16316-0677
jdb         #+Jodie Lynn Vivian,    PO Box 677,    Conneaut Lake, PA 16316-0677

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Jodie Lynn Vivian dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor John Benjamin Vivian dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5