# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10899-TPA |
| | : | |
| John Benjamin Vivian and | : | CHAPTER 13 |
| Jodie Lynn Vivian, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**

**Next Payment Advice Expected (post-filing):**

C.B.   VIVIAN, JOHN BENJAMIN & JODIE LYNN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10899-TPA |
| | : | |
| **John Benjamin Vivian and** | : | CHAPTER 13 |
| **Jodie Lynn Vivian,** | : | |
| Debtor | : | |
| | : | |
| **John Benjamin Vivian,** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

**VERIFICATION REGARDING PROOF OF INCOME**

I, **John Benjamin Vivian**, hereby state as follows:

1.) I am self-employed therefore I am unable to provide paystubs from the past sixty (60) days.
2.) I bring home an average of $4,830.51 per month from my business.
3.) I receive food stamps in the amount of $941.00 per month.
4.) I was required to file 2017 - 2018 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>October 2, 2019</u>　　　　　　　　<u>/s/ John Benjamin Vivian</u>
　　　　　　　　　　　　　　　　　　　　Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10899-TPA |
| | : | |
| **John Benjamin Vivian and** | : | CHAPTER 13 |
| **Jodie Lynn Vivian,** | : | |
| **Debtor** | : | |
| | : | |
| **Jodie Lynn Vivian,** | : | |
| **Movant** | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Jodie Lynn Vivian**, hereby state as follows:

1.) I am unemployed therefore I am unable to provide paystubs from the past sixty (60) days.
2.) I was required to file 2017 - 2018 tax returns; therefore I have submitted the same to the Trustee.
3.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>October 2, 2019</u>          <u>/s/ Jodie Lynn Vivian</u>
                                                          Joint Debtor