**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **John Benjamin Vivian** | Social Security number or ITIN | **xxx–xx–1561** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jodie Lynn Vivian** | Social Security number or ITIN | **xxx–xx–5061** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter **13** | **9/5/19** |
| Case number: | **19–10899–TPA** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | John Benjamin Vivian | Jodie Lynn Vivian |
| 2. | **All other names used in the last 8 years** | | aka Jodie L Batka |
| 3. | **Address** | PO Box 677<br>Conneaut Lake, PA 16316 | PO Box 677<br>Conneaut Lake, PA 16316 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 | Contact phone 814.724.1165<br><br>Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 10/7/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 19, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/21/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/14/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/3/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/19/19** at **09:00 AM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                             Case No. 19-10899-TPA
John Benjamin Vivian                                               Chapter 13
Jodie Lynn Vivian
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-1           User: mgut                  Page 1 of 2                  Date Rcvd: Oct 07, 2019
                               Form ID: 309I               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
db            #+John Benjamin Vivian,    PO Box 677,    Conneaut Lake, PA 16316-0677
jdb           #+Jodie Lynn Vivian,    PO Box 677,    Conneaut Lake, PA 16316-0677
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15117919       +Aes / Pheaa frn,    PO Box 61047,    Harrisburg, PA 17106-1047
15117920       +Ar Resources Inc,    1777 Sentry Parkway West,    Blue Bell, PA 19422-2206
15117921       +BFG Supply Company,    PO Box 479,    Burton, OH 44021-0479
15117922      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine Weiner,    Po Box 55848,    Sherman Oaks, CA 91413)
15117924       +Commonwealth Financial,    245 Main Street,    Dickson City, PA 18519-1641
15117927        Geneva Truck & Equipment Inc,    17693 PA 285,    Cochranton, PA 16314
15133233       +John M Rossi,    c/o Jessica A Smith,    1 East State Street,    4th Floor,
                 Sharon, PA 16146-1714
15117928       +KML Law Group PC,    BNY Mellon Independence Center,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
15133234       +Lloyds Rental & Sales,    1355 South Main Street,    Meadville, PA 16335-3072
15117929       +Luke's Automotive,    1836 West 26th Street,    Erie, PA 16508-1149
15117930       +Meadville Diagnostic Medical Imaging Inc,    751 Liberty Street,    Meadville, PA 16335-2559
15117933       +PA Liberty St Emergency Physicians LLC,    751 Liberty Street,    Meadville, PA 16335-2559
15129308       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
15117935       +PNC Mortgage,    Attn: Bankruptcy Dept.,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15117937       +Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
15133235       +Tamara Kerr,    200 South Ridge East,    Geneva, OH 44041-9303
15133236       +Tracy Little,    27651 Hickory Corners Road,    Guys Mills, PA 16327-5529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dan@mrdebtbuster.com Oct 08 2019 02:47:27       Daniel P. Foster,
                 Foster Law Offices,    PO Box 966,    Meadville, PA  16335
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 08 2019 02:47:54       Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 08 2019 02:47:59
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: AISACG.COM Oct 08 2019 06:38:00       Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
15117923       +EDI: CAPITALONE.COM Oct 08 2019 06:38:00       Capital One N.A.,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
15133231       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Oct 08 2019 02:48:26       Commonwealth of PA UCTS,
                 Department of Labor & Industry,    651 Boas Street,    Room 702,    Harrisburg, PA 17121-0751
15117925       +E-mail/Text: electronicbkydocs@nelnet.net Oct 08 2019 02:48:05
                 Department Of Education / Nelnet Loans,    121 South 13th Street,    Lincoln, NE 68508-1904
15117926       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 08 2019 02:48:04       First Energy,
                 5001 Nasa Boulevard,    Fairmont, WV 26554-8248
15133232       +EDI: HFC.COM Oct 08 2019 06:38:00       Household Finance Consumer,    Discount Company,
                 3747 William Penn Highway,    Monroeville, PA 15146-2189
15117931       +E-mail/Text: Bankruptcies@nragroup.com Oct 08 2019 02:48:26       National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
15117932       +E-mail/Text: toleski@oamortho.com Oct 08 2019 02:48:25       Orthopedic Associates of Meadville,
                 11277 Vernon Place,    Suite 200,    Meadville, PA 16335-3719
15117936        EDI: PRA.COM Oct 08 2019 06:38:00       Portfolio Recovery Associates,    150 Corporate Boulevard,
                 Norfolk, VA 23502
15135492        EDI: RESURGENT.COM Oct 08 2019 06:38:00       Pinnacle Credit Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15135492        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 08 2019 02:56:24
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
15117938       +EDI: SWCR.COM Oct 08 2019 06:38:00       Southwest Credit Systems,    4120 International Parkway,
                 Carrollton, TX 75007-1958
15128456       +E-mail/Text: electronicbkydocs@nelnet.net Oct 08 2019 02:48:05
                 US Department of Education c/o Nelnet,    121 S 13th St, Suite 201,    Lincoln, NE 68508-1911
15117939       +E-mail/Text: wci.bankruptcy@windstream.com Oct 08 2019 02:48:28
                 Windstream Communications Inc.,    4001 Rodney Parham Road,    Little Rock, AR 72212-2459
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                PNC BANK NATIONAL  ASSOCIATION
```

```
District/off: 0315-1            User: mgut                Page 2 of 2                Date Rcvd: Oct 07, 2019
                                Form ID: 309I             Total Noticed: 37
```

15117934     ##+Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
                                                                            TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Jodie Lynn Vivian dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor John Benjamin Vivian dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James    Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 5