Case 19-10899-TPA    Doc 29    Filed 11/22/19    Entered 11/22/19 12:25:22    Desc Main
Document    Page 1 of 1

FILED
11/22/19 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**\*FILING FEE PAID\*** (Yes) No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Vivian_____ TPA

Case Number: __19-10899__

Date of Meeting: __11/19/19__    Recording # __3__

Debtor(s) present __✓__ or Not Present ___ (__ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Foster__ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __10/4/19__    Applicable commitment period ___3 yrs ___5 yrs

*Exemption question*

___ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

__✓__ Confirmation Order recommended ___ Final __✓__ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
___ 341 Meeting   OR  __✓__ Conciliation Conf. OR ___ *Contested Hearing
On __3/10/20__ at __10:30__ am/pm Location _____

_Chapter 13 Trustee/Attorney for Trustee_