**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-10899-TPA |
| | : | |
| John Benjamin Vivian and | : | |
| Jodie Lynn Vivian, | : | Chapter 13 |
| Debtors, | : | |
| _____ : | Related to Docket No. 34 |
| Jodie Lynn Vivian, | : | |
| Movant, | : | Hearing Date and Time: |
| | : | December 11, 2019 at 10:00 a.m. |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Clarissa Bayhurst, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order regarding **Application to Appoint Special Counsel** by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **November 27, 2019**         By:     /s/ *Clarissa Bayhurst*
                                                    CLARISSA BAYHURST, PARALEGAL
                                                    FOSTER LAW OFFICES
                                                    PO Box 966
                                                    Meadville, PA 16335
                                                    Tel 814-724-1165
                                                    Fax 814-724-1158

MAILING MATRIX

BFG Supply Company
PO Box 479
Burton, OH 44021-0479

Capital One N.A.
PO Box 30285
Salt Lake City, UT 84130-0285

Department Of Education / Nelnet Loans
121 South 13th Street
Lincoln, NE 68508-1904

Geneva Truck & Equipment Inc
17693 PA 285
Cochranton, PA 16314

KML Law Group PC
BNY Mellon Independence Center
701 Market Street Suite 5000
Philadelphia, PA 19106-1541

Meadville Diagnostic Medical Imaging Inc
751 Liberty Street
Meadville, PA 16335-2559

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Penn Credit Corporation
916 South 14th Street
Harrisburg, PA 17104-3425

Aes / Pheaa frn
PO Box 61047
Harrisburg, PA 17106-1047

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Commonwealth Financial
245 Main Street
Dickson City, PA 18519-1641

First Energy
5001 Nasa Boulevard
Fairmont, WV 26554-8248

Household Finance Consumer Discount
Company
3747 William Penn Highway
Monroeville, PA 15146-2189

Lloyds Rental & Sales
1355 South Main Street
Meadville, PA 16335-3072

National Fuel Legal Dept.
P.O. Box 2081
Erie, PA 16512-2081

Orthopedic Associates of Meadville
11277 Vernon Place Suite 200
Meadville, PA 16335-3719

PNC Mortgage
Attn: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg, OH 45342-5433

Penn Power
5001 NASA Blvd
Fairmont WV 26554-8248

Ar Resources Inc
1777 Sentry Parkway West
Blue Bell, PA 19422-2206

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118-7901

Commonwealth of PA UCTS
Department of Labor & Industry
651 Boas Street
Room 702
Harrisburg, PA 17121-0751

John M Rossi
c/o Jessica A Smith
1 East State Street 4th Floor
Sharon, PA 16146-1714

Luke's Automotive
1836 West 26th Street
Erie, PA 16508-1149

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

PA Liberty St Emergency Physicians LLC
751 Liberty Street
Meadville, PA 16335-2559

Penelec
c/o FirstEnergy/Penelec
101 Crawford's Corner Rd.
Bldg. #1, Ste. 1-511
Holmdel, NJ 07733-1976

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Southwest Credit Systems
4120 International Parkway
Carrollton, TX 75007-1958

UPMC Physician Services
PO Box 1123
Minneapolis MN 55440-1123

John Benjamin Vivian
Jodie Lynn Vivian
PO Box 677
Conneaut Lake, PA 16316-0677

Windstream Communications Inc.
4001 Rodney Parham Road
Little Rock, AR 72212-2459

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Progressive
PO Box 7247-0311
Philadelphia, PA 19170-0001

Tamara Kerr
200 South Ridge East
Geneva, OH 44041-9303

US Department of Education
c/o Nelnet
121 S 13th St, Suite 201
Lincoln, NE 68508-1911

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Tracy Little
27651 Hickory Corners Road
Guys Mills, PA 16327-5529

Windstream
Attn: Financial Services
1720 Galleria Blvd
Charlotte, NC 28270-2408

Dallas W. Hartman
201 Green Ridge Drive
New Castle, PA 16105