**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-10899-TPA |
| | : | |
| John Benjamin Vivian and | : | Chapter 13 |
| Jodie Lynn Vivian, | : | |
| Debtors, | : | |
| _____ | : | Related to Docket No: 39 |
| John Benjamin Vivian and | : | |
| Jodie Lynn Vivian, | : | |
| Movants, | : | Hearing Date and Time: |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**APPLICATION TO APPROVE PERSONAL INJURY AWARD**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **January 4, 2020** according to Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **February 5, 2020 at 10:00 a.m.** before Judge THOMAS P. AGRESTI, in Bankruptcy Courtroom, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: **December 18, 2019**

Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814-724-1165

**CERTIFICATE OF SERVICE**

  I, Clarissa Bayhurst, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **APPLICATION TO APPROVE PERSONAL INJURY AWARD AND Notice of Hearing** by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **December 18, 2019**    By: /s/ *Clarissa Bayhurst*
                      CLARISSA BAYHURST, PARALEGAL
                      FOSTER LAW OFFICES
                      PO Box 966
                      Meadville, PA 16335
                      Tel 814-724-1165
                      Fax 814-724-1158

MAILING MATRIX

BFG Supply Company
PO Box 479
Burton, OH 44021-0479

Capital One N.A.
PO Box 30285
Salt Lake City, UT 84130-0285

Department Of Education / Nelnet Loans
121 South 13th Street
Lincoln, NE 68508-1904

Geneva Truck & Equipment Inc
17693 PA 285
Cochranton, PA 16314

KML Law Group PC
BNY Mellon Independence Center
701 Market Street Suite 5000
Philadelphia, PA 19106-1541

Meadville Diagnostic Medical Imaging Inc
751 Liberty Street
Meadville, PA 16335-2559

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Penn Credit Corporation
916 South 14th Street
Harrisburg, PA 17104-3425

Aes / Pheaa frn
PO Box 61047
Harrisburg, PA 17106-1047

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Commonwealth Financial
245 Main Street
Dickson City, PA 18519-1641

First Energy
5001 Nasa Boulevard
Fairmont, WV 26554-8248

Household Finance Consumer Discount
Company
3747 William Penn Highway
Monroeville, PA 15146-2189

Lloyds Rental & Sales
1355 South Main Street
Meadville, PA 16335-3072

National Fuel Legal Dept.
P.O. Box 2081
Erie, PA 16512-2081

Orthopedic Associates of Meadville
11277 Vernon Place Suite 200
Meadville, PA 16335-3719

PNC Mortgage
Attn: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg, OH 45342-5433

Penn Power
5001 NASA Blvd
Fairmont WV 26554-8248

Ar Resources Inc
1777 Sentry Parkway West
Blue Bell, PA 19422-2206

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118-7901

Commonwealth of PA UCTS
Department of Labor & Industry
651 Boas Street
Room 702
Harrisburg, PA 17121-0751

John M Rossi
c/o Jessica A Smith
1 East State Street 4th Floor
Sharon, PA 16146-1714

Luke's Automotive
1836 West 26th Street
Erie, PA 16508-1149

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

PA Liberty St Emergency Physicians LLC
751 Liberty Street
Meadville, PA 16335-2559

Penelec
c/o FirstEnergy/Penelec
101 Crawford's Corner Rd.
Bldg. #1, Ste. 1-511
Holmdel, NJ 07733-1976

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Southwest Credit Systems
4120 International Parkway
Carrollton, TX 75007-1958

UPMC Physician Services
PO Box 1123
Minneapolis MN 55440-1123

John Benjamin Vivian
Jodie Lynn Vivian
PO Box 677
Conneaut Lake, PA 16316-0677

Windstream Communications Inc.
4001 Rodney Parham Road
Little Rock, AR 72212-2459

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Progressive
PO Box 7247-0311
Philadelphia, PA 19170-0001

Tamara Kerr
200 South Ridge East
Geneva, OH 44041-9303

US Department of Education
c/o Nelnet
121 S 13th St, Suite 201
Lincoln, NE 68508-1911

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Tracy Little
27651 Hickory Corners Road
Guys Mills, PA 16327-5529

Windstream
Attn: Financial Services
1720 Galleria Blvd
Charlotte, NC 28270-2408