# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No: 19-10899-TPA |
| John Benjamin Vivian and | : |  |
| Jodie Lynn Vivian, | : |  |
| *Debtors*, | : | Chapter 13 |
|  | : |  |
| vs. | : |  |
|  | : | DOCKET NO.: |
|  | : |  |
| Penn Credit Corporation, | : |  |
| *Movant*, | : |  |
|  | : |  |

## NOTICE OF
## CHANGE OF ADDRESS

**Creditor Name:**      **Penn Credit Corporation**
**Incorrect Address:**  **916 South 14th Street, Harrisburg PA 17104-3425**
**Correct Address:**    **2800 Commerce Drive, Harrisburg PA 17110**

Respectfully Submitted,

Date: December 27, 2019

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors