FILED
2/25/20 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-10899-TPA |
| | : | |
| John Benjamin Vivian and | : | Chapter 13 |
| Jodie Lynn Vivian, | : | |
|     Debtors, | : | |
| _____ | : | Related to Docket No: 49 |
| John Benjamin Vivian and | : | |
|     Movant, | : | Hearing Date and Time: |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|     Respondent. | : | |

**ORDER AUTHORIZING SETTLEMENT OF PERSONAL INJURY AWARD**

**AND NOW**, this **25th** day of **February, 2020**, upon consideration of the APPLICATION TO APPROVE PERSONAL INJURY AWARD action filed by the Debtors, John Benjamin Vivian and Jodie Lynn Vivian, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.) The Personal Injury action in the amount of $16,000.00 is APPROVED.

2.) The gross award of $16,000.00 with the amount of $6,386.06 payable to Dallas M Hartman, Esquire, $4,806.97 for medical costs and escrow and the proceeds payable to the Movants in the amount of $4,806.97 and is fully exempt by the Movant pursuant to 11 U.S.C. § 522 (d)(11)(D).

_____
vas
Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John Benjamin Vivian  
Jodie Lynn Vivian  
    Debtors

Case No. 19-10899-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: nsha    Page 1 of 1    Date Rcvd: Feb 25, 2020  
                        Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2020.
```
db          #+John Benjamin Vivian,    PO Box 677,    Conneaut Lake, PA 16316-0677
jdb         #+Jodie Lynn Vivian,    PO Box 677,    Conneaut Lake, PA 16316-0677
sp           +Dallas W. Hartman,    201 Green Ridge Drive,    New Castle, PA 16105-6139
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:
```
          Daniel P. Foster    on behalf of Joint Debtor Jodie Lynn Vivian dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor John Benjamin Vivian dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```
                TOTAL: 5