FILED
12/4/20 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: John Benjamin Vivian
Jodie Lynn Vivian
Case Number: 19-10899-TPA        (Chapter 13)
Date / Time / Room: 12/01/2020 10:00 am /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*   #64 - Trustee's Certificate of Default to Dismiss
#67 - Amended Plan dated 11/6/20

### *Appearances:*

Debtor: Foster
Trustee: Winnecour / Katz / DeSimone
Creditor:

### *Proceedings:*

Recommended Outcome: CARES Act Extension

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to_____, effective _____
7. ✓ Plan/Motion continued to 1-6-21 at 11:30 .
8. ____ An Amended Plan is to be served on allcreditors and certificate of service filed by
Objections aredue on or before _____.
A hearing on theAmended is set for _____ at _____.
9. ____ Other:

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loandebt differs in any respect to that of the unsecured debt in the case, describesuch differences and reasons for disparate treatment: