## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 19-10899-TPA |
| | : | |
| John Benjamin Vivian AND | : | Chapter 13 |
| Jodie Lynn Vivian, | : | |
| Debtors, | : | |
| _____ | : | Related to Docket No: 70 |
| John Benjamin Vivian AND | : | |
| Jodie Lynn Vivian, | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON
### MOTION TO EXTEND PLAN PAYMENTS

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **January 7, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

### You should take this to your lawyer at once.

A hearing will be held **February 3, 2021 at 10:00 am** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: **https://www.zoomgov.com/j/16021303488**, or alternatively, to attend and use the following **Meeting ID: 160 2130 3488**.

For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet.

When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>December 21, 2020</u>

Respectfully submitted,
<u>*/s/ Daniel P. Foster, Esquire*</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Extend Plan Payments and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **December 21, 2020**

*By: /s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

**MATRIX**

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com
Service via CM/ECF

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
Service via CM/ECF

John & Jodie Vivian
315 High Street
Conneaut Lake, PA 16316
Service via US Mail