# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/7/21 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                :       Case No.:     19-10899-TPA
                                      :
John Benjamin Vivian                  :       Chapter:      13
Jodie Lynn Vivian                     :
    *Debtor(s).*                       :
                                      :       Date:         1/6/2021
                                      :       Time:         09:45

## PROCEEDING MEMO

**MATTER**      # 70 Motion to Extend Plan Payments

**APPEARANCES:**
    Debtor: Daniel P. Foster
    Trustee: James Warmbrodt

**NOTES:**      See Proceeding Memo of hearing held this date re Doc. No. 67

**OUTCOME:**    Trustee's Oral Motion to dismiss w/o prejudice is GRANTED.
    #70 is denied as moot in light of dismissal

*/s/ Thomas P. Agresti*

ljm