# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/7/21 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                    :        Case No.:    19-10899-TPA
                                          :
John Benjamin Vivian                      :        Chapter:     13
Jodie Lynn Vivian                         :
      *Debtor(s).*               :
                                          :        Date:        1/6/2021
                                          :        Time:        09:45

### PROCEEDING MEMO

**MATTER**        # 67 Contested Plan Dated 11/6/2020
                  # 64 Trustee's Certificate of Default Requesting Dismissal of Case

**APPEARANCES:**

    Debtor:   Daniel P. Foster
    Trustee:  James Warmbrodt

**NOTES:**

Warmbrodt:        Plan is feasible if extended to 74 months.

Foster:           There hasn't been a payment in 3 months.  Not sure if anything is
                  coming.

**OUTCOME:**      Trustee's oral Motion for dismissal w/o prejudice is GRANTED.

ljm