**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-10899-TPA |
| | : | |
| **John Benjamin Vivian and,** | : | CHAPTER 13 |
| **Jodie Lynn Vivian,** | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| **Jodie Lynn Vivian,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 75 |
| | : | |
| vs. | : | |
| | : | |
| **BAYADA Home Health Care,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>January 4, 2021</u>                    By: /s/ Kaitlyn E. Vale
                                                                                KAITLYN E. VALE, PARALEGAL
                                                                                FOSTER LAW OFFICES
                                                                                1210 Park Avenue
                                                                                Meadville, PA 16335
                                                                                Tel 814.724.1165
                                                                                Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**BAYADA HOME HEALTH CARE**
**4300 HADDONFIELD ROAD**
**EAST BUILDING**
**PENNSAUKEN, NJ 08109**