Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **John Benjamin Vivian** : | Case No. 19−10899−TPA |
| **Jodie Lynn Vivian** : | Chapter: 13 |
| **aka Jodie L Batka** : | |
| *Debtor(s)* : | |
| : | Per 1/6/21 hearing |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 8th of January, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John Benjamin Vivian  
Jodie Lynn Vivian  
    Debtor(s)

Case No. 19-10899-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: lmar | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2021 | Form ID: 309 | Total Noticed: 40 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Benjamin Vivian, Jodie Lynn Vivian, PO Box 677, Conneaut Lake, PA 16316-0677 |
| sp | + | Dallas W. Hartman, 201 Green Ridge Drive, New Castle, PA 16105-6139 |
| 15117919 | + | Aes / Pheaa frn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 15117920 | + | Ar Resources Inc, 1777 Sentry Parkway West, Blue Bell, PA 19422-2206 |
| 15117921 | + | BFG Supply Company, PO Box 479, Burton, OH 44021-0479 |
| 15117922 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15117924 | + | Commonwealth Financial, 245 Main Street, Dickson City, PA 18519-1641 |
| 15133231 | + | Commonwealth of PA UCTS, Department of Labor & Industry, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| 15117927 | | Geneva Truck & Equipment Inc, 17693 PA 285, Cochranton, PA 16314 |
| 15133233 | + | John M Rossi, c/o Jessica A Smith, 1 East State Street, 4th Floor, Sharon, PA 16146-1714 |
| 15117928 | + | KML Law Group PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15133234 | + | Lloyds Rental & Sales, 1355 South Main Street, Meadville, PA 16335-3072 |
| 15117929 | + | Luke's Automotive, 1836 West 26th Street, Erie, PA 16508-1149 |
| 15117930 | + | Meadville Diagnostic Medical Imaging Inc, 751 Liberty Street, Meadville, PA 16335-2559 |
| 15117933 | + | PA Liberty St Emergency Physicians LLC, 751 Liberty Street, Meadville, PA 16335-2559 |
| 15129308 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15149126 | + | Penelec, c/o FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15117934 | + | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 15117937 | + | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 15133235 | + | Tamara Kerr, 200 South Ridge East, Geneva, OH 44041-9303 |
| 15133236 | + | Tracy Little, 27651 Hickory Corners Road, Guys Mills, PA 16327-5529 |
| 15148245 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15144672 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd, Charlotte, NC 28270-2408 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 09 2021 06:03:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15117923 | + | EDI: CAPITALONE.COM | Jan 09 2021 06:03:00 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15117925 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 09 2021 04:41:00 | Department Of Education / Nelnet Loans, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 15205473 | | EDI: ECMC.COM | Jan 09 2021 06:03:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15117926 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 09 2021 04:41:00 | First Energy, 5001 Nasa Boulevard, Fairmont, WV 26554-8248 |
| 15133232 | + | EDI: HFC.COM | Jan 09 2021 06:03:00 | Household Finance Consumer, Discount |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Company, 3747 William Penn Highway, Monroeville, PA 15146-2189 |
| 15147192 | + | Email/Text: Bankruptcy@natfuel.com | Jan 09 2021 04:41:00 | National Fuel, Legal Dept., P.O. Box 2081, Erie, PA 16512-2081 |
| 15117931 | + | Email/Text: Bankruptcies@nragroup.com | Jan 09 2021 04:41:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15117932 | + | Email/Text: toleski@oamortho.com | Jan 09 2021 04:41:00 | Orthopedic Associates of Meadville, 11277 Vernon Place, Suite 200, Meadville, PA 16335-3719 |
| 15157828 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 09 2021 04:40:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15117935 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 09 2021 04:40:00 | PNC Mortgage, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15117936 | | EDI: PRA.COM | Jan 09 2021 06:03:00 | Portfolio Recovery Associates, 150 Corporate Boulevard, Norfolk, VA 23502 |
| 15139803 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 09 2021 04:41:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15135492 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2021 04:09:02 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15117938 | + | EDI: SWCR.COM | Jan 09 2021 06:03:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15128456 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 09 2021 04:41:00 | US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 15117939 | + | Email/Text: wci.bankruptcy@windstream.com | Jan 09 2021 04:41:00 | Windstream Communications Inc., 4001 Rodney Parham Road, Little Rock, AR 72212-2459 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed

District/off: 0315-1 | User: lmar | Page 3 of 3
Date Rcvd: Jan 08, 2021 | Form ID: 309 | Total Noticed: 40

**below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Jodie Lynn Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor John Benjamin Vivian dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5