**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JOHN BENJAMIN VIVIAN<br>JODIE LYNN VIVIAN<br>Debtor(s) | Case No.:19-10899 TPA |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 09/05/2019  and confirmed on 11/21/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,005.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,005.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 1,507.26 | |
| 　Trustee Fee | 468.32 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,975.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LUKES AUTOMOTIVE | 8,000.00 | 523.24 | 439.81 | 963.05 |
| 　Acct: | | | | |
| PNC MORTGAGE | 30,487.41 | 1,515.12 | 2,329.71 | 3,844.83 |
| 　Acct: 7456 | | | | |
| PNC BANK NA | 26,119.60 | 864.00 | 1,357.54 | 2,221.54 |
| 　Acct: 7683 | | | | |
| | | | | 7,029.42 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| 　Acct: | | | | |
| JOHN BENJAMIN VIVIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 　Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| 　Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,000.00 | 1,507.26 | 0.00 | 0.00 |
| 　Acct: | | | | |

* * * N O N E * * *

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| ECMC(*) | 18,934.05 | 0.00 | 0.00 | 0.00 |
| Acct: 5061 | | | | |
| AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9656 | | | | |
| BFG SUPPLY CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9319 | | | | |
| CAINE AND WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3518 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/N | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 54N1 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/N | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 54N1 | | | | |
| COMMONWEALTH FINANCIAL SYSTEMS/N | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 52N1 | | | | |
| OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US DEPARTMENT OF EDUCATION | 45,685.83 | 0.00 | 0.00 | 0.00 |
| Acct: 5061 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4165 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4163 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8763 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4063 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4065 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1464 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7763 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9361 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7663 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8663 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5763 | | | | |
| PENELEC/FIRST ENERGY** | 3,338.54 | 0.00 | 0.00 | 0.00 |
| Acct: 0592 | | | | |
| GENEVA TRUCK & EQUIPMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1619 | | | | |
| JOHN ROSSI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1106 | | | | |
| LLOYDS RENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0922 | | | | |
| NATIONAL RECOVERY AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2957 | | | | |
| PENN POWER* | 991.34 | 0.00 | 0.00 | 0.00 |
| Acct: 1942 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN INI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5527 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: 5675 | | | | |
|   WINDSTREAM COMMUNICATIONS | 221.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 5061 | | | | |
|   TAMARA KERR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6839 | | | | |
|   TRACY LITTLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2019 | | | | |
|   MEADVILLE DIAGNOSTIC MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ORTHO ASSOCIATES OF MEADVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA LIBERTY STREET EMERGENCY PHYSI( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PROGRESSIVE COMPANIES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WINDSTREAM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PINNACLE CREDIT SERVICES LLC | 1,204.26 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   WINDSTREAM COMMUNICATIONS | 221.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 5061 | | | | |
|   NATIONAL FUEL GAS DISTRIB CORP | 1,519.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 6508 | | | | |
|   UPMC PHYSICIAN SERVICES | 173.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5061 | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                7,029.42

  TOTAL CLAIMED
  PRIORITY                  0.00
  SECURED          64,607.01
  UNSECURED      72.288.93

Date: 02/04/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com